**Opinion issued December 3, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-21-00489-CV

———————————

### IN RE DAVID LANZER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, David Lanzer, has filed a petition for writ of mandamus challenging the trial court's denial of his motion to transfer the underlying suit affecting the parent-child relationship from Harris County to Montgomery County.[1] We deny the

---

[1] The underlying case is *In the Interest of T.H.L and S.A.L., Children*, cause number 2020-71025, pending in the 507th District Court of Harris County, Texas, the Honorable Julia Maldonado presiding.

petition. We dismiss any pending motions, including relator's motion for reconsideration of our denial of his request for a temporary stay, as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Landau.